1    Claudia Center, State Bar No. 158255
       Ccenter@las-elc.org
2    Jinny Kim, State Bar No. 208953
       jkim@las-elc.org
3    THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
       600 Harrison St., Suite 120
4    San Francisco, CA 94107
       Telephone: (415) 864-8848
5    Facsimile: (415) 864-8199

6    Attorneys for Plaintiff Gerald Greene

7    Clint D. Robison, State Bar No. 158834
       crobison@hinshawlaw.com
8    Angeli C. Aragon, State Bar No. 176142
       aaragon@hinshawlaw.com
9    Amy K. Jensen, State Bar No. 226589
       ajensen@hinshawlaw.com
10   HINSHAW & CULBERTSON LLP
       11601 Wilshire Boulevard, Suite 800
11   Los Angeles, CA 90025
       Telephone: (310) 909-8000
12   Facsimile: (310) 909-8001

13   Attorneys for Defendants Music Express San Francisco and
         Music Express, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD GREENE, | CV 09 1015 MMC |
|        Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEADLINE FOR PRIVATE MEDIATION** |
| MUSIC EXPRESS SAN FRANCISCO and MUSIC EXPRESS, INC., | |
|        Defendants. | |

1. Whereas, pursuant to the Court's May 22, 2009 Order, the parties are to have completed private mediation by October 30, 2009;

2. Whereas, the parties have been diligent in engaging in written discovery and taking depositions;

3. Whereas, because of the mediators' schedules, as well as the schedule of counsel, the parties will not be able to complete mediation by the deadline of October 30, 2009;

4. Whereas, the parties are scheduled for a private mediation on November 6, 2009;

5. Therefore, the parties request that the date to complete private mediation be extended until November 6, 2009.

IT IS SO STIPULATED.

THE LEGAL AID SOCIETY – EMPLOYMENT LAW CENTER

Dated: October 22, 2009        By:   /s/ Jinny Kim
                                     Jinny Kim

HINSHAW & CULBERTSON LLP

Dated: October 22, 2009        By:   /s/ Angeli C. Aragon
                                     Angeli C. Aragon

**IT IS SO ORDERED.**

Dated: October 30, 2009        By:   _/s/ Maxine M. Chesney_
                                     The Honorable Maxine M. Chesney
                                     United States District Court Judge