1  Claudia Center, State Bar No. 158255
   Ccenter@las-elc.org
2  Jinny Kim, State Bar No. 208953
   jkim@las-elc.org
3  THE LEGAL AID SOCIETY-EMPLOYMENT LAW CENTER
   600 Harrison St., Suite 120
4  San Francisco, CA 94107
   Telephone: (415) 864-8848
5  Facsimile: (415) 864-8199

6  Attorneys for Plaintiff Gerald Greene

7  Clint D. Robison, State Bar No. 158834
   crobison@hinshawlaw.com
8  Angeli C. Aragon, State Bar No. 176142
   aaragon@hinshawlaw.com
9  Amy K. Jensen, State Bar No. 226589
   ajensen@hinshawlaw.com
10 HINSHAW & CULBERTSON LLP
   11601 Wilshire Boulevard, Suite 800
11 Los Angeles, CA 90025
   Telephone: (310) 909-8000
12 Facsimile: (310) 909-8001

13 Attorneys for Defendants Music Express San Francisco and
        Music Express, Inc.

14

15        IN THE UNITED STATES DISTRICT COURT

16      FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 GERALD GREENE,                    )  CV 09 1015 MMC
                                     )
19             Plaintiff,            )  STIPULATION AND [PROPOSED]
        v.                           )  ORDER OF DISMISSAL OF ENTIRE
20                                   )  ACTION WITH PREJUDICE
                                     )
21 MUSIC EXPRESS SAN FRANCISCO and   )  [Fed. R. Civ. P. 41(a)(1)]
   MUSIC EXPRESS, INC.,              )
22                                   )
             Defendants.             )
23                                   )
                                     )
24                                   )
                                     )
25 _____   )

26        IT IS HEREBY STIPULATED by and between the parties to this action through their

27 designated counsel that the above-captioned action be and hereby is dismissed with prejudice

28 pursuant to Fed. R. Civ. Proc. 41(a)(1).

1       Therefore, by and through their respective counsel of record, the Parties hereby request

2   that the Court enter an order dismissing this Action in its entirety with prejudice.

3   Dated: January 29, 2010

                          Claudia Center
4                             Jinny Kim
                          The LEGAL AID SOCIETY
5                             --EMPLOYMENT LAW CENTER

6

7                             By:     /s/ Jinny Kim
8                                  JINNY KIM

9                             Attorneys for Plaintiff
                          Gerald Greene
10

11  Dated: January 15, 2010            Clint D. Robison
                          Angeli C. Aragon
12                            Amy K. Jensen
                          HINSHAW & CULBERTSON LLP
13

14

15                            By:       /s/ Angeli C. Aragon
16                              ANGELI C. ARAGON

17                          Attorneys for Defendants
                        Music Express San Francisco and
18                          Music Express, Inc.

19  **IT IS SO ORDERED.**

20

21  Dated:   January 29, 2010   By:

22                      The Honorable Maxine M. Chesney
                    United States District Court Judge

23

24

25

26

27

28